ORIGINAL

| | |
|---|---|
| Brian Kohn<br>GW Building, Suite 400<br>2722 3rd Avenue North<br>Billings, MT 59101<br>Telephone (406) 252-1269<br>Facsimile (406) 248-4770<br><br>Jock B. West<br>West Law Firm, P.C.<br>GW Building, Suite 400<br>2722 3rd Avenue North<br>Billings, MT 59101<br>Telephone (406) 252-3858<br>Facsimile (406) 248-4770<br><br>Attorneys for Defendant | FILED<br>BILLINGS DIV.<br><br>2006 JAN 13  PM 1 44<br><br>PATRICK E. DUFFY, CLERK<br>BY _____<br>        DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL ADRIAN LEE,<br><br>    Defendant. | Cause No. CR 03-103-BLG-JDS-01<br><br><br><br><br>**MOTION TO RENEW<br>HOLDING SENTENCING<br>HEARING IN ABEYANCE;** |

COMES NOW, the Defendant, by and through his attorneys of record, and pursuant to the Court's order for July 14, 2005, provides this motion to renew defendant's motion to hold the sentencing hearing in abeyance. Defendant files his status report simultaneously regarding defendant's pretrial diversion status.

Defendant filed his original motion to hold the sentencing hearing in abeyance on June 2, 2005. The Court granted said motion on July 14, 2005, and ordered that sentencing would be

*Motion to Hold Sentencing in Abeyance, pg. 1*

1  held in abeyance until January 16, 2006 and instructed the parties to file a status report regarding
2  defendant's conduct on his pretrial diversion and stated that the "Defendant may also renew his
3  motion for abeyance at that time". ( a copy of said ordered is attached as Exhibit 1 for the Court's
4  convenience).   The Defendant, on behalf of all parties herein, moves the Court to continue to
5  hold the sentencing hearing in abeyance for a minimum of eighteen (18) months, pending
6  Defendant's performance of the terms and requirements of the pretrial diversion agreement.
7       The parties hereto shall continue tp file a status report with the Court every six (6) months
8  to advise the Court whether the deferral agreement is being complied with and whether the
9  matter should continue to be held in abeyance pending the completion terms of the pretrial
10 diversion agreement.
11      Said motion and status report has been agreed to by the United States attorney.
12      DATED this 13th day of January, 2006.

West Law Firm, P.C.
GW Building, Suite 400
2722 3rd Avenue North
Billings, MT 59101

By: _____
Jock B. West

**CERTIFICATE OF SERVICE**

This is to certify that on this ___ day of January, 2006, a copy of the forgoing documents was duly served by first class, postage prepaid, U.S. mail, upon the following:

William Mercer
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103

By: _____
For West Law Firm, P.C.

*Motion to Hold Sentencing in Abeyance, pg. 2*

FILED
BILLINGS, MT
2005 JUL 14 PM 1 07
PATRICK E. ___ CLERK
Cheri Anderson
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause No. CR-03-103-BLG-JDS |
| Plaintiff, ) | |
| v. ) | ORDER |
| MICHAEL ADRIAN LEE, ) | |
| Defendant. ) | |

A hearing was held on the Defendant's unopposed Motion to hold sentencing in this case in abeyance pending his performance on pre-trial diversion. After consideration, IT IS HEREBY ORDERED that the Defendant's Motion (*Doc. #63*) is GRANTED.

IT IS FURTHER ORDERED that sentencing shall be held in abeyance in this case until January 16, 2006 at which time the Parties shall file a joint status report regarding his conduct on pre-trial diversion. Defendant may also renew his motion for abeyance at that time.

The Clerk of Court shall notify the Parties of the making of this Order.

DATED this 14th day of July, 2005.

Jack D. Shanstrom
JACK D. SHANSTROM
SENIOR U.S. DISTRICT JUDGE

CERTIFICATE OF MAILING
DATE: 7/14/05 BY: ___
I hereby certify that a copy
of this order was mailed to: 7-18-05

CALENDARED BY: 7-18-05

EXHIBIT
1